UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VOUTY THOL,

        Petitioner,

v.

DOUG WADDINGTON,

        Respondent.

Case No.  C05-5373RJB

ORDER

      The petitioner in this action is seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2254.  This case has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrates' Rules MJR 3 and MJR 4.  Before the court is petitioner's motion to expand the record.  (Dkt # 16).  Petitioner asks the court to consider two witness declarations which recant prior testimony.  (Dkt. # 16)  The witnesses affidavits allege Mr. Thol was not aware of a plan or involved with the attempt to murder Bunny Vath.  Respondent opposes the motion in the answer to the petition which is ripe for consideration on November 25th, 2005.  (Dkt. # 18).

      The petitioner has never raised the claim of actual innocence in any past conviction appeals.  (Dkt. # 18 procedural history).  Therefore, such a claim would be unexhausted.  Further, it is clear that such a claim is not in itself, grounds for federal habeas relief.  Herrera v. Collins, 506 U.S. 390

ORDER
Page - 1

1  (1992).  The motion is **DENIED.**

2     The petition itself will be ripe for review on November 25th, 2005.   The Court Clerk is

3  directed to send a copy of this Order to petitioner and counsel for respondent.

4     DATED this 17th day of November, 2005.

*[signature]*

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2