# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

VOUTY THOL,

        Petitioner,

  v.

DOUG WADDINGTON,

        Respondent.

Case No. 05-5373RJB

ORDER GRANTING EXTENSION

    This matter comes before the court on the respondent's Motion for Extension of Time to Provide Transcript and Any Verdict Forms(Dkt. 28). The court has reviewed the motion and the file herein. It is hereby

    **ORDERED** that the Motion for Extension of Time to Provide Transcript and Any Verdict Forms(Dkt. 28) is **GRANTED**, and the deadline for providing the court with a transcript and any verdict forms from Mr. Thol's trial is extended until February 17, 2006.

    The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

    DATED this 15th day of February, 2006.

*Robert J. Bryan*
Robert J. Bryan
United States District Judge

ORDER - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER - 2